NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIIV HEALTHCARE UK LTD., VIIV HEALTHCARE CO.,**
*Plaintiffs-Cross-Appellants*

**v.**

**LUPIN LTD., LUPIN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC.,**
*Defendants-Appellants*

---

2014-1303, 2014-1304, 2014-1315

---

Appeals from the United States District Court for the District of Delaware in No. 1:11-cv-00576-RGA, 1:11-cv-00688-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

JOHN O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for plaintiff-cross-appellants. Also represented by FRANCIS CHRISTOPHER MIZZO, WILLIAM H. BURGESS, CRAIG THOMAS MURRAY.

DEANNE M. MAZZOCHI, Rakoczy Molino Mazzochi Siwik LLP, Chicago, IL, argued for defendant-appellants Lupin, Ltd., Lupin Pharmaceuticals, Inc. Also represented

by WILLIAM A. RAKOCZY, PAUL J. MOLINO, RACHEL WALDRON, PATRICK C. KILGORE.

HENRY C. DINGER, Goodwin Procter LLP, Boston, MA, argued for defendant-appellant Teva Pharmaceuticals USA, Inc. Also represented by IRA J. LEVY, DAVID M. HASHMALL, JOSHUA AARON WHITEHILL, New York, NY; WILLIAM M. JAY, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2015
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court